UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.:  8:17-CR-266-T-23JJS

**JOSEPH D. BISHOP**

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, the Defendant, Joseph Bishop, by and through undersigned counsel and pursuant to Local Rule 3.09, and requests this Honorable Court grant a continuance of the jury trial in this matter currently scheduled on the August 2017 Trial Term until the September 2017 Trial Term. As grounds in support thereof, Mr. Bishop, states the following:

1. The defense on behalf of Mr. Bishop has reviewed the Government's discovery disclosure. The undersigned counsel from his initial review of the first discovery disclosure believes that some pending litigation may occur, however is in the process of locating and conferring with potential defense witnesses to assist with Mr. Bishop in his defense and to determine the most positive resolution for him. Thus, the request of this Honorable Court for a continuance of one trial period/month, which is the first and only anticipated motion for continuance.

2

2. The undersigned counsel has contacted Assistant United States Attorney Katlin O'Donnell, Counsel for the Government, prior to the filing of this motion. Ms. O'Donnell has indicated that she has no objection to the motion or the relief sought by Ms. O'Donnell and to whatever extent possible would concur with this motion as well.

3. Mr. Bishop's Limited Waiver of Speedy Trial up to and including September 30, 2017, is being filed/attached to this motion.

## MEMORANDUM OF LAW

Local Rule 3.09 provides that a continuance may be allowed by Order of the Court for good cause shown. The defendant suggests the foregoing constitutes good cause for the requested continuance.

WHEREFORE, the Defendant, Joseph D. Bishop, moves this Honorable Court for a continuance of trial in this case to the September 2017 Trial Term for the above-stated reasons.

DATED this 28th day of July, 2017.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Howard C. Anderson*
Howard C. Anderson
Florida Bar #0130176
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:   (813) 228-2562
Email: Howard_Anderson@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2017, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic to:

AUSA Katlin O'Donnell

*/s/ Howard C. Anderson*
Howard C. Anderson
Assistant Federal Defender