UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:17-cr-266-T-23JSS

JOSEPH BISHOP
   a/k/a Joseph Dean Bishop

## MOTION FOR PROTECTION

The United States respectfully asks this Court for protection from trial in the above-captioned case from August 21 to August 23, 2017. The undersigned requests protection during this time period because her case agent has a pre-planned, prepaid vacation to view the total solar eclipse, scheduled to occur on August 21, 2017.

The undersigned has consulted with defense counsel, Howard Anderson, concerning this request for protection. Mr. Anderson has no objection to the request.

## MEMORANDUM

Local Rule 3.09 generally prohibits counsel from stipulating to a continuance or, in this instance, the protection of trial dates. However, the Rule provides that the Court may grant such request for good cause. For the foregoing

reasons, the undersigned respectfully submits that good cause has been shown and requests protection from trial for the dates August 21 through to August 23, 2017.

The case agent in this matter, ATF Special Agent Chad Horst, will be unavailable for trial from August 21 through to August 23, 2017. Agent Horst will be out-of-state from August 19 through to August 23, 2017, on a pre-paid trip to view the total solar eclipse, scheduled to occur on August 21, 2017. The last time such a total eclipse is estimated to have occurred is June 1918.

Agent Horst has been the case agent on this case since its inception. He will be important to the United States' ability to adequately prepare for trial. He also is a potential material trial witness for the United States.

Accordingly, the United States seeks protection from trial for the time period set forth herein.

                              Respectfully submitted,

                              W. STEPHEN MULDROW
                              Acting United States Attorney

By:    */s/Kaitlin R. O'Donnell*
         Kaitlin R. O'Donnell
         Assistant United States Attorney
         United States Attorney No. 167
         400 N. Tampa Street, Suite 3200
         Tampa, Florida 33602-4798
         Telephone:  (813) 274-6000
         Facsimile:   (813) 274-6358
         E-mail: kaitlin.odonnell@usdoj.gov

**U.S. v. Joseph Bishop**  Case No. 8:17-cr-266-T-23JSS

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Howard Anderson, Esq.

*/s/ Kaitlin R. O'Donnell*
Kaitlin R. O'Donnell
Assistant United States Attorney
United States Attorney No. 167
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: kaitlin.odonnell@usdoj.gov